**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

Nariman Zulfikarovich Mazmanov,

                    Petitioner,        Case No. 25-cv-10401

v.                            Judith E. Levy
                                United States District Judge

Robert Lynch, District Director,
United States Immigration and      Mag. Judge Anthony P. Patti
Customs Enforcement, Detroit
Field Office,

                    Respondent.

_____/

**ORDER DENYING WITHOUT PREJUDICE PETITIONER'S**
**MOTION FOR TEMPORARY RESTRAINING ORDER AND**
**PRELIMINARY INJUNCTION TO STAY REMOVAL TO**
**THIRD COUNTRY [27]**

Before the Court is Petitioner Nariman Zulfikarovich Mazmanov's

motion for a temporary restraining order and preliminary injunction to

stay removal to a third country. (ECF No. 27.) On May 1, 2026, the Court

conducted a status conference in this case. For the reasons set forth on

the record, Petitioner's motion is DENIED WITHOUT PREJUDICE.

Counsel for Respondent Robert Lynch must file the notices as specified

during the conference.

IT IS SO ORDERED.

Dated: May 1, 2026                              s/Judith E. Levy
      Ann Arbor, Michigan              JUDITH E. LEVY
                                    United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 1, 2026.

                                    s/Marlena Williams
                                    MARLENA WILLIAMS
                                    Case Manager