UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Nariman Zulfikarovich Mazmanov,

Plaintiff(s),

v.

US Attorney General, et al.,

Defendant(s),

Case No. 5:25−cv−10401−JEL−APP
Hon. Judith E. Levy

## NOTICE TO APPEAR REMOTELY

PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Judith E. Levy as follows:

- PRETRIAL CONFERENCE: June 10, 2026 at 11:30 AM

The Court will host the hearing. Prior to the proceeding date, instructions for joining the hearing will be emailed to the participating attorneys. Be advised that this is an attorneys−only proceeding. Connection information and instructions may not be forwarded, distributed or shared with non−participants without the Court¿s advance approval.

**ADDITIONAL INFORMATION:** Pretrial Discovery Dispute Conference

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

By: s/W. Barkholz
Case Manager

Dated: June 5, 2026