**U.S. District Court for the**
**Eastern District of Michigan**

**Index of Exhibits**

1. April Email
2. May Email