| | |
|---|---|
| **From:** | Short, Gwen |
| **To:** | Toomey, Zak (USAMIE) 1 |
| **Cc:** | Joon Sung |
| **Subject:** | [EXTERNAL] Follow up |
| **Date:** | Wednesday, April 29, 2026 8:42:44 AM |
| **Attachments:** | Outlook-ukg2g0br.png |

---

Hi Zak,

Thanks for speaking with Joon and I on Monday. From what I understand your position is that you are opposing any discovery in this case. Through discovery we are seeking any correspondence or communications to or from DHS about Mazmanov's removal or obtaining travel documents for him, ERO's file of Nariman Mazmanov, and we seek to depose Nicholas Szukhent, Yolanda Harrison, and (if not Ms. Harrison) a 30(b)(6) deponent. We would like discovery to be expedited, seeking to depose in the next two weeks.

I also asked whether you would stipulate to a stay of removal to any country besides Russia or Uzbekistan, the countries listed on Mr. Mazmanov's removal order. I believe you indicated you would check with your client and follow up on that matter, where does that stand?

In the meantime, would you please share copies of any travel documents DHS has been able to obtain for Mr. Mazmanov?

Please let me know if you have a different recollection, updates, questions, etc.

Thank you,

Gwendolyn Short (she/her) | Staff Attorney
Book time to meet with me | **Immigration Know Your Rights Resources**

Advocates for Basic Legal Equality, Inc.
525 Jefferson Ave., Ste. 300 Toledo, OH 43604
Direct: (419) 930-2363 | Fax: (419) 259-2880
gshort@ablelaw.org | www.ablelaw.org

**Confidentiality notice:** The information in this message is confidential and may be legally privileged. If you are not the intended recipient, you may not use it or disclose it to others. If you have received this message in error, please notify me immediately and then delete it from your system.