**From:** Short, Gwen
**To:** Toomey, Zak (USAMIE) 1
**Cc:** Joon Sung; Rebecca Bundy
**Subject:** [EXTERNAL] Re: Mazmanov - Discovery
**Date:** Thursday, May 28, 2026 6:47:16 AM
**Attachments:** image001.png

---

Good morning,

Below is a list of topics we intend to cover for a 30(b)(6) deponent. Please advise whether the agency will agree to designate a witness at this time.

- ICE Policies and Procedures regarding post-removal detention
    - Including policies, training materials, manuals, guidance covering detention beyond the removal period under sec. 1231 and implementation of *Zadvdyas*
- ICE Policies and Procedures regarding stateless individuals
    - Including ICE policies, guidance, or practices relating to detention and removal of individuals with uncertain nationalities
- Petitioner-Specific
    - Basis for continued detention under sec 1231 after the six month period identified in Zadvydas
    - Post Order Custody Reviews
    - Travel Document Efforts
        - All efforts undertaken to obtain travel documents for petitioner, including:
            - Communications with Russian authorities or any other country;
            - Communication with other US agencies or departments, including the State Department
            - Requests submitted and responses received
    - Reasonably Foreseeable Removal
        - The factual basis for ICE contention that Petitioner's removal is significantly likely in the reasonably foreseeable future.
    - Alternatives to Detention
    - ICE's efforts to determine why petitioner was not issued travel documents after May 6, 2026
- Removals to Russia
    - Number of removals to Russia between May 2024 to present
    - Availability of flights
    - Criteria for removal flights
    - Reasons petitioner was not placed on such flights
    - Russia's history of issuing travel documents to individuals who left Russia and came to US with refugee status
    - Russia Consulate's history of upholding promises to issue travel documents to deportees

Thank you,
Gwen

---

Gwen Short
ABLE Staff Attorney
419-930-2363

---

**From:** Toomey, Zak (USAMIE) 1 <Zak.Toomey@usdoj.gov>
**Sent:** Thursday, May 14, 2026 2:53:53 PM
**To:** Short, Gwen <gshort@ablelaw.org>
**Cc:** Joon Sung <jsung@ablelaw.org>; Rebecca Bundy <rbundy@ablelaw.org>
**Subject:** RE: Mazmanov - Discovery

Hi Gwen,

The agency is not willing to produce officer Szukhent for a deposition at this time.

Regarding your 30(b)(6) request, the agency can't determine whether it will agree or designate a witness or witnesses until you send the full list of specific topics you intend to cover.

For the document requests, as stated they are not proportional to the needs of the case, so the agency doesn't agree to produce that information voluntarily at this time.

-zak

---

**From:** Short, Gwen <gshort@ablelaw.org>
**Sent:** Wednesday, May 13, 2026 8:54 AM
**To:** Toomey, Zak (USAMIE) 1 <Zak.Toomey@usdoj.gov>
**Cc:** Joon Sung <jsung@ablelaw.org>; Rebecca Bundy <rbundy@ablelaw.org>
**Subject:** [EXTERNAL] Mazmanov - Discovery

Good Morning Attorney Toomey,

I am reaching out regarding discovery in the Mazmanov case. As his removal has not taken place, we are proceeding with discovery and we make the following requests to that end:

- Depositions of government officials involved in this matter
    - Nicholas Szukhent, Deportation Officer, Detroit Field Office

    - 30(b)(6) deponent at ERO, ICE Headquarters
        - we suggest Yolanda Harrison, ERO Detention and Deportation Officer, ICE Headquarters
- All correspondence and communications to and from DHS and the Consulate General of Russia regarding Nariman Mazmanov's removal and/or travel documents
- All correspondence and communications to and from DHS and any foreign government or foreign government's agency regarding Nariman Mazmanov's removal and/or travel documents

Please indicate which if any of these requests your client would agree to, I'm hoping we can come to some agreement and prepare and submit a joint or stipulated order to Judge Levy.

Also, be sure to reply all to this email as starting tomorrow I am unavailable and out of the office until Wednesday, May 20th.

Regards,

Gwendolyn Short (she/her) | Staff Attorney
Book time to meet with me | **Immigration Know Your Rights Resources**

Advocates for Basic Legal Equality, Inc.
525 Jefferson Ave., Ste. 300 Toledo, OH 43604
Direct: (419) 930-2363 | Fax: (419) 259-2880
gshort@ablelaw.org | www.ablelaw.org

**Confidentiality notice:** The information in this message is confidential and may be legally privileged. If you are not the intended recipient, you may not use it or disclose it to others. If you have received this message in error, please notify me immediately and then delete it from your system.